USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/31/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMELYN NAHOMY SEGURA AQUINO,

Plaintiff,

-against-

ARK RESTAURANTS CORP.; ARK BRYANT PARK LLC; ARK BRYANT PARK SOUTHWEST, LLC; GADI WEINREICH, in his capacity as agent of ARK RESTAURANTS CORP., ARK BRYANT PARK LLC, ARK BRYANT PARK SOUTHWEST, LLC, and as aider and abettor,

Defendants.

26-CV-4406 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 27, 2026, Plaintiff initiated this lawsuit against Defendants, *see* Compl., Dkt. 1;

WHEREAS on May 28, 2026, electronic summonses were issued as to each Defendant, *see* Dkts. 7, 8, 9, 10;

WHEREAS on June 10, 2026, counsel entered an appearance on behalf of each Defendant, *see* Dkts. 11, 12, 13; and

WHEREAS Defendants have not answered or otherwise responded to the Complaint;

IT IS HEREBY ORDERED that, not later than **Wednesday, August 5, 2026**, Plaintiff must file, via ECF, proof of service of the Complaint and summons on each Defendant.

**SO ORDERED.**

**Date: July 31, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**